```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/18/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
BRANDON HONG,

                       Plaintiff,

          - against -

CAPTAIN LIBURD, et al.,

                       Defendants.
-----------------------------------------------------------X

18 Civ. 07201 (GBD) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      Plaintiff has not filed any opposition to Defendant's motion for summary judgment filed on March 5, 2020. Defendant has informed the Court that Plaintiff's current location has changed from that on file, the new address being:

> Brandon Hong
> DIN: 19-A-0494
> Plaintiff Pro Se
> Collins Correctional Facility
> Middle Road
> P.O. Box 340
> Collins, NY 14034-0340

(the "New Address"). Accordingly, the Court orders as follows:

1. By May 25, 2020, Defendant shall (a) serve a copy of this order and of all summary judgment filings on Plaintiff at the New Address, and (b) file proof of service of same.

2. Any opposition to summary judgment from Plaintiff must be filed by June 29, 2020. In the absence of any opposition, the Court will proceed to decide the motion on the record as it currently stands.

3. Any reply from Defendant must be filed no later than July 13, 2020.

1

4. Plaintiff must file with the Court a change of address each time his address changes. Future failures to do so will not be excused absent extraordinary circumstances.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:   May 18, 2020
         New York, New York

Copies transmitted to all counsel of record.

2