**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
BRANDON HONG,

                Plaintiff,                18 **CIVIL** 7201 (GBD)(RWL)

      -against-                           **JUDGMENT**

CAPTAIN LIBURD, Shield No, 1157, C.O.
TROCCHIA, Shield No. 10374, C.O. PARKER,
CAPTAIN DESIR, CAPTAIN PICHARDO, and
ASSISTANT DEPUTY WARDEN MITCHELL,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated March 18, 2021, Defendants' motion for summary judgment is GRANTED. The complaint is dismissed in its entirety with prejudice; accordingly, the case is closed.

**Dated:**  New York, New York
          March 18, 2021

                                    **RUBY J. KRAJICK**
                                    **Clerk of Court**
                        **BY:**  *K. Mango*
                                    **Deputy Clerk**